Chambers of
Samuel Conti
United States District Judge

April 6, 2005

FINANCIAL DISCLOSURE OFFICE

2005 APR 13 A 10: 08

RECEIVED

Mary M. Lisi, Chair
Judicial Conference of the U.S.
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re:  Conti, Samuel -- Calendar year 2004
     Filing Additional Information

Dear Ms. Lisi:

In answer to your letter of March 24, 2005, re my financial disclosure report for 2004, I submit the following:

1.  Re:  Block 5, the report type is "annual."

2.  Re:  Part VII, page 1, line 6, Column C(1), the listing should be "K," not "C."

3.  Re:  Part VII, page 1, line 12, Column C(1) should be left blank, as the entire asset was sold.

4.  Re:  Part VII, page 2, lines 24-26 Column C(1) each should be left blank, as the assets were entirely sold.

5.  Re:  Part VII, page 2, lines 28 and 29, should indicate as follows:

> Line 28:  Hawaiian Electric, Column D(1) should read "bot," D(2) 1/13, D(3) J.

> Line 29:  Ferral Gas, Column D(1) should read "bot," D(2) 4/28, D(3) J.

I believe the above should complete your inquiry, if not, kindly let me know.

Sincerely,



Samuel Conti
U.S. District Judge

AO-10 (WP)

Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| | | |
|---|---|---|
| **1. Person Reporting** *(Last name, first, middle initial)* <br><br> CONTI, SAMUEL | **2. Court or Organization** <br> DISTRICT COURT <br> Northern District of California | **3. Date of Report** <br> 3/1/05 |
| **4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> U.S. District Judge (Senior) | **5. Report Type** (check appropriate type) <br> ___ Nomination, Date _____ <br><br> ___ Initial ___ Annual ___ Final | **6. Reporting Period** <br> 1/1/2004 <br> TO <br> 12/31/2004 |
| **7. Chambers or Office Address** U.S. Court. <br> 450 Golden Gate Ave <br> San Francisco, CA. 94102 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

POSITION                    NAME OF ORGANIZATION/ENTITY

☒ **NONE** (No reportable positions.)

1

2

3

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

DATE                                        PARTIES AND TERMS

☐ **NONE** (No reportable agreements.)

1

2   *1987*    CA. STATE PENSION Fund.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

DATE                SOURCE AND TYPE                                GROSS INCOME

**A. Filer's Non-Investment Income**

☒ **NONE** (No reportable non-investment income.)

1

2                                                                                  $

3                                                                                  $

                                                                                   $

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☒ **NONE** (No reportable non-investment income.)

1

2

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| *Conti, Samuel* | *3/1/05* |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|   | SOURCE | DESCRIPTION |
|---|---|---|
| ☒ 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|   | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

|   | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Samuel L | 3/1/05 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Bell South | B | Div. | K | T | | | | | |
| 2 S.B.C. | B | Div. | M | T | | | | | |
| 3 Exon. Mobile | B | Div | M | T | | | | | |
| 4 General Electric | B | Div | K | T | | | | | |
| 5 General Motors | A | Div | J | T | | | | | |
| 6 Microsoft | A | Div | C | T | | | | | |
| 7 Bank of America | B | Int | M | T | | | | | |
| 8 Bank of the West | A | Int | J | T | | | | | |
| 9 U.S. Savings Bonds | E | Int | L | T | | | | | |
| 10 U.S. Treasury Notes | F | Int. | P1 | T | | | | | |
| 11 Waterhouse Mkt. Acct | A | Int. | K | T | | | | | |
| 12 Delphi Auto System | A | Div | J | T | Sell | 4/23 | J | A | |
| 13 Cisco | None | None | J | T | | | | | |
| 14 Intel | None | None | J | T | | | | | |
| 15 Verizon | B | Div. | K | T | | | | | |
| 16 American Electric Power | A | Div. | J | T | | | | | |
| 17 Kaneb Pipe Ptners | B | Div. | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Samuel | 3/1/05 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Enbridge Pipe Ptners | B | Div | K | T | | | | | |
| 19 MET Life Ins. | A | Div | J | T | | | | | |
| 20 Teppo Partners | A | Div | J | T | | | | | |
| 21 Allied Capital | A | Div | J | T | | | | | |
| 22 Buckey Partners | A | Div | J | T | | | | | |
| 23 Kinder Morgan Partners | B | Div. | K | T | | | | | |
| 24 Plum Creek Timber | A | Div | J | T | Sell | 4/27 | J | A | |
| 25 Nasdaq - 100 Trust | None | None | J | T | Sell | 4/27 | J | A | |
| 26 Equity Office (EOP) | A | Div. | J | T | Sell | 1/18 | J | A | |
| 27 Amerigas Partners | A | Div | J | T | | | | | |
| 28 Hawaiian Electric (HE) | A | Div | J | T | | | | | |
| 29 Ferral Gas | A | Div. | J | T | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

     I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

     I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓          Date 3/1/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

     Committee on Financial Disclosure
     Administrative Office of the
       United States Courts
     Suite 2-301
     One Columbus Circle, N.E.
     Washington, D.C. 20544